UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KITCHEN & ASSOCIATES SERVICES, INC., | 1:19-cv-10995 |
| Plaintiff, | **ORDER** |
| v. | |
| HAVEN CAMPUS COMMUNITIES, | |
| Defendants. | |

**O'HEARN, District Judge.**

This matter comes before the Court on Plaintiff Kitchen & Associates Services, Inc.'s ("Plaintiff") Motion for Default Judgment (ECF No. 90). Upon review, it appears that Plaintiff has failed to file a brief in support of its Motion, relying instead on an Affidavit of Counsel. (ECF No. 90-1). However, Local Rule 7.1(d) advises that "[n]o application will be heard unless the moving papers and a brief, prepared in accordance with L. Civ. R. 7.2 are filed with the Clerk at least 24 days prior to the noticed motion day," or alternatively, a "party may file a statement that no brief is necessary and the reasons therefor." L. Civ. R. 7.1(d). Having failed to comply with this Court's Local Rules, Plaintiff's Motion will be dismissed without prejudice. Accordingly,

**IT IS HEREBY** on this  23rd  day of  February , 2022,

**ORDERED** that Plaintiff's Motion for Default Judgment (ECF No. 90) is **ADMINISTRATIVELY TERMINATED**; and it is further

**ORDERED** that Plaintiff may refile a compliant motion.

                                                 */s/ Christine P. O'Hearn*
                                                 **CHRISTINE P. O'HEARN**
                                                 **United States District Judge**