UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KITCHEN & ASSOCIATES SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> HAVEN CAMPUS COMMUNITIES, <br><br> Defendant. | No. 1:19-cv-10995 <br><br> **ORDER** |

**O'HEARN, District Judge.**

This matter comes before the Court on Plaintiff Kitchen & Associates Services, Inc.'s ("Plaintiff") Motion for Default Judgment as to the unrepresented Defendant, Haven Campus Communities ("Defendant"). (ECF No. 96). The Court did not hear oral argument pursuant to Local Rule 78.1. For the reasons set forth in this Court's corresponding Opinion,

**IT IS** on this  27th  day of  October , 2022,

**ORDERED** Plaintiff's Motion for Default Judgment, (ECF No. 96), is **GRANTED**; but it is further

**ORDERED** that judgment shall not issue until the Court is able to determine the appropriate amount of damages; and it is further

**ORDERED** that to assist the Court in that determination, Plaintiff shall, within 30 days of the date of this Order, file an affidavit signed by a corporate representative of Plaintiff—who has personal knowledge of the underlying facts—certifying the amount of principal and interest that Defendant has failed to pay; and it is further

**ORDERED** that Plaintiff shall attach to that affidavit copies of the associated unpaid invoices for which it is seeking judgment; and it is finally

**ORDERED** that upon submission of this necessary evidentiary support, judgment shall issue.

_____
**CHRISTINE P. O'HEARN**
**United States District Judge**